UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMERICAN ATHEISTS, INC., STEVE WALKER
THE LAW OFFICES OF DENIS G. VATSIS, P.C.,
and DENIS G. VATSIS,

    Plaintiffs,

-vs-

CITY OF DETROIT DOWNTOWN
DEVELOPMENT AUTHORITY,

    Defendant,

and

ST. JOHN'S EPISCOPAL CHURCH,

    Intervening Defendant.
_____/

Case No. 06-11696
Hon: AVERN COHN

## ORDER REGARDING MOTION FOR AMENDED JUDGMENT

Plaintiffs have filed a motion for an amended judgment pursuant to F.R.Civ.P. 59(e) and L.R. 59.1. The motion is effectively a motion for reconsideration, and goes to the substance of the decision in this case. Defendants shall file a response within twenty (20) days. Plaintiffs shall have ten (10) days in which to file a reply.

SO ORDERED.


Dated: September 6, 2007

    s/Avern Cohn
    AVERN COHN
    UNITED STATES DISTRICT JUDGE


I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, September 6, 2007, by electronic and/or ordinary mail.

    s/Julie Owens
    Case Manager, (313) 234-5160

S:\LORI\Cases\American Atheists v. Detroit\ReconsiderationOrder.wpd