UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMERICAN ATHEISTS, INC., STEVE
WALKER, THE LAW OFFICES OF            CASE NUMBER: 06-11696
DENNIS G. VATSIS, P.C., and
DENNIS G. VATSIS,                     HONORABLE AVERN COHN

        Plaintiffs,

v.

CITY OF DETROIT DOWNTOWN
DEVELOPMENT AUTHORITY,

        Defendant,

and

ST. JOHN'S EPISCOPAL CHURCH,

        Intervenor-Defendant.

_____/

## AMENDED JUDGMENT IN A CIVIL CASE

This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Plaintiffs' motion for summary judgment (Docket No. 34) is GRANTED IN PART and DENIED IN PART.

2. Defendant's counter-motion for summary judgment (Docket No. 43) is GRANTED IN PART and DENIED IN PART.

3. Intervenor-Defendant's cross motion for summary judgment (Docket No. 53) is GRANTED IN PART and DENIED IN PART.

4. IT IS FURTHER ORDERED AND ADJUDGED that for the reasons set forth in the Opinion and Order (Docket No. 72), which is incorporated herein by reference, the City of Detroit Downtown Development Authority's

Lower Woodward Façade Improvement Program is constitutional, and does not violate the Establishment Clause of the First Amendment to the U.S. Constitution or Article I section 4 of the Michigan Constitution, and the distribution of amounts payable under the individual church reimbursement contracts and the payment of preliminary architectural and design fees on behalf of the churches are constitutional, ***provided however***, that the portions of the individual reimbursement contracts, which would reimburse Central United Methodist Church, Second Baptist Church, or St. John's Episcopal Church for the improvement or replacement of the monolithic signs outside the sanctuaries and for the work done on the two stained glass windows containing religious imagery at St. Johns' Episcopal Church's sanctuary are unconstitutional.

5. IT IS HEREBY DECLARED, ADJUDGED, AND DECREED, that Defendant DDA, its agents, affiliates and assigns are permanently restrained and enjoined from paying, reimbursing, or approving reimbursement of (i) any of the Churches' expenditures for the construction, repair or improvement to monolithic signs outside the sanctuaries; and (ii) any of St. John Episcopal Church's expenditures for the construction, repair or improvement to the two stained glass windows depicting religious imagery.

IT IS FURTHER ORDERED AND ADJUDGED that pursuant to the Court's Memorandum and Order entered on October 25, 2007, attorneys fees and expenses are awarded to Plaintiffs' as follows:

Attorneys fees: $ 26,191.00
Expenses: $ 7,474.49

for an aggregate award of $33,665.49.

Date of Amended Judgment: November 14, 2007

Date of Original Judgment: August 24, 2007

                                            DAVID J. WEAVER
                                            CLERK OF COURT

                                            By    s/Julie Owens
                                                   Deputy Clerk


                                            APPROVED AS TO FORM:

                                            s/Avern Cohn
                                            Avern Cohn
                                            U.S. District Court Judge